# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JERRY LEE HUSKEY, JR. | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:18-cv-00731-AGF |
| PAUL BURRIS, et al. | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter comes before the Court on the motion of defendant Dionne Kelly for leave to file an answer and affirmative defenses out of time. In support of the motion, counsel for defendant states that he was not made aware of the complaint until February 8, 2019, when notified by the Phelps County Jail. Defendant requests an additional ten days in which to file an answer and affirmative defenses. Good cause being show, the motion to file an answer out of time will be granted, and defendant will be given ten days from the date of this order in which to respond.

Accordingly,

**IT IS HEREBY ORDERED** that defendant's motion for leave to file an answer and affirmative defenses (Docket No. 20) out of time is **GRANTED**.

**IT IS FURTHER ORDERED** that defendant shall have **ten (10) days** from the date of this order in which to file an answer and affirmative defenses.

Dated this 13th day of February, 2019

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE