UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JERRY LEE HUSKEY, JR. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:18-cv-00731-AGF |
| | ) | |
| PAUL BURRIS, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on the motion of defendant Matthew Shults requesting additional time in which to file a responsive pleading. In support of the motion, counsel for defendant states that he was only recently assigned to represent defendant Shults and that additional time is required to prepare a meaningful response to plaintiff's complaint. Defendant requests an additional thirty days in which to file a responsive pleading. Good cause being show, the motion for additional time to file a responsive pleading will be granted, and defendant will be given thirty days from the date of this order in which to respond.

Accordingly,

**IT IS HEREBY ORDERED** that defendant Shults' motion for additional time in which to file a responsive pleading (Docket No. 22) is **GRANTED**.

**IT IS FURTHER ORDERED** that defendant Shults shall have **thirty (30) days** from the date of this order in which to file a responsive pleading.

Dated this 12th day of March, 2019

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE