UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JERRY LEE HUSKEY, JR. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:18-cv-00731-AGF |
| | ) | |
| PAUL BURRIS, et al. | ) | |
| | ) | |
| Defendants. | ) | |

# MEMORANDUM AND ORDER

This matter comes before the Court on the separate motions of Defendants Dionne Kelley and Matt Shults requesting additional time in which to file a response to Plaintiff's motion for leave to file an amended complaint. (Doc. Nos. 33 and 42). In support of Defendant Kelley's motion, counsel states that Plaintiff's proposed amended complaint totals ninety-one pages; that he has been out of town for a variety of matters; and that he has been ill. Defendant Kelley thereafter filed a memorandum in opposition to Plaintiff's motion for leave on April 2, 2019. (Doc. No. 37).

In support of Defendant Shults' motion, counsel states that Plaintiff's proposed amended complaint totals ninety-one pages and that due to the length of the filing, more time is needed to review and respond. Defendant Shults requests an additional thirty days.

Good cause being shown, the motions will be granted. Defendant Kelley's memorandum in opposition will be deemed timely filed, and Defendant Shults will be given thirty days from the date of this Order to file a response to Plaintiff's motion.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant Kelley's motion (Doc. No. 33) for additional time in which to file a response to Plaintiff's motion for leave to file an amended complaint is **GRANTED**. Defendant Kelley's memorandum in opposition (Doc. No. 37) is deemed timely filed.

**IT IS FURTHER ORDERED** that Defendant Shults' motion (Doc. No. 42) for additional time in which to file a response to Plaintiff's motion for leave to amend is **GRANTED**. Defendant Shults shall have **thirty (30) days** from the date of this order to file a response to Plaintiff's motion.

Dated this 16th day of April, 2019

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE